UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

FEB 0 6 2019

FILED
Stephen C. Dries, Clerk

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAROLYN A. WORD,
a/k/a CAROLYN DIXON,
a/k/a CAROLYN WINTERS,

        Defendant.

20-CR-029

Case No. 20-CR
[18 U.S.C. § 401(3)]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about June 22, 2018, in the State and Eastern District of Wisconsin,

**CAROLYN A. WORD,
a/k/a CAROLYN DIXON,
a/k/a CAROLYN WINTERS,**

willfully and knowingly disobeyed and resisted a lawful order of a Court of the United States, that is, the order issued by a United States Bankruptcy Judge on October 27, 2010, in the Eastern District of Wisconsin in the case of *Neary v. Dixon,* Adversary Case No 10-2465, permanently enjoining defendant Word from acting in any way as a bankruptcy petition preparer, by causing a bankruptcy petition to be filed in the matter of T.T., Case No. 18-26201-bhl, which petition Carolyn A. Word assisted to prepare, and concealed that assistance from the bankruptcy court, in

direct violation of the permanent injunction.

In violation of Title 18, United States Code, Section 401(3).

_____
MATTHEW D. KRUEGER
United States Attorney

__2-3-2020__
DATE